## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:14-CV-00325-RJC-DSC

| | |
|---|---|
| **CHARLES W. KISER, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court sua sponte following the Court of Appeals' decision in Mascio v. Colvin, 780 F.3d 632 (4th Cir. 2015).

Plaintiff is granted leave to file a supplemental brief on or before September 21, 2015, limited to addressing the potential impact of the Fourth Circuit's decision in Mascio on his appeal.

In the event Plaintiff files a supplemental brief, Defendant is granted leave to file a supplemental brief on or before October 5, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: September 8, 2015

David S. Cayer
United States Magistrate Judge